1  McGREGOR W. SCOTT
   United States Attorney
2  ADRIAN T. KINSELLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

| 11 | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | [PROPOSED] ORDER TO UN-SEAL SEARCH WARRANTS; |
|---|---|---|
| 13 | A BLUE CHEVY PICKUP, WITH LICENSE PLATE 11013M2 (CA), VIN # 3GCUKSEC0FG531648 | 2:19-SW-621-CKD |
| 15 | A BLUE CHEVY PICKUP, WITH LICENSE PLATE 11013M2 (CA), VIN # 3GCUKSEC0FG531648 | 2:19-SW-0664-DB |
| 17 | A WHITE DODGE PICKUP, WITH LICENSE PLATE 90773Bl(CA), AND VIN 1B7KF26D1VJ604073 | 2:19-SW-719-EFB |
| 19 | 13410 PRAIRIE ROAD, RED BLUFF, CA 96080 | 2:19-SW-741-KJN |
| 20 | 1400 W. MARLETTE STREET, SPACE 106, IONE, CA 95640 | 2:19-SW-742 KJN |
| 22 | A 2015 CHEVROLET PICKUP TRUCK, METALLIC BLUE IN COLOR, BEARING CALIFORNIA LICENSE PLATE 11013M2 | 2:19-SW-744-KJN |
| 24 | 16030 SCHAEFER RANCH ROAD IN PIONEER, CA 95666 | 2:19-SW-743-KJN |
| 25 | A 1997 DODGE PICKUP TRUCK, WHITE IN COLOR, BEARING CALIFORNIA LICENSE PLATE 90773B1 | 2:19-SW-745-KJN |

## ORDER TO UNSEAL

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be unsealed.

Dated: Nov. 5, 2019

The Honorable Kendall J. Newman
UNITED STATES MAGISTRATE JUDGE